## HOGSHIRE v. WILLS ET AL.

[No. 19,350.    Filed June 21, 1901.]

From Boone Circuit Court; *J. V. Kent*, Judge.

Action by Charles G. Wills and others against Mary E. Hogshire to enforce lien for street improvements.    From a judgment for plaintiffs, defendant appeals.    *Affirmed.*

*T. J. Terhune* and *C. M. Zion*, for appellant.

*P. H. Dutch*, for appellees.

MONKS, C. J.—The questions for decision in this case are the same as in the case of *Martin* v. *Wills, ante*, 153.    On the authority of that case the judgment in this case is affirmed.

## CITY OF INDIANAPOLIS v. HELTZEL.

[No. 19,483.    Filed October 3, 1901.]

From Marion Superior Court; *Vinson Carter*, Judge.

Action by Amos C. Heltzel against the City of Indianapolis to enjoin the letting of a contract for street improvements.    From a judgment for plaintiff, defendant appeals.    *Reversed.*

*J. W. Kern, J. E. Bell, B. K. Elliott, W. F. Elliott* and *F. L. Littleton*, for appellant.

HADLEY, J.—The pleadings and questions involved in this appeal are identically the same as those involved in *City of Indianapolis* v. *Holt*, 155 Ind. 222, and upon the authority of that case the judgment is reversed with instructions to sustain the demurrers to the complaint.

Baker, J., and Hadley, J., dissent for reasons set forth at length in dissenting opinions in the Holt case.